UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

**STEPHANIE JEFFERSON**

DEBTOR(S)

NUMBER
**18-10996**
**SECTION "B"**

CHAPTER 7

## ORDER SETTING HEARING

Considering the reaffirmation agreement **(P-18)** filed by Stephanie Jefferson, Debtor, and Consumer Portfolio Services, *a presumption of undue hardship having been established*, and the *debtor being unrepresented by counsel* on this issue,

**IT IS ORDERED** that a hearing be held before the undersigned Bankruptcy Judge in **Courtroom B-705, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana on   September 5, 2018 at 9:00a.m.**   to consider and rule on the agreement.

**IT IS FURTHER ORDERED** that Stephanie Jefferson appear and show cause why the reaffirmation agreement should be approved.

New Orleans, Louisiana, July 26, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge